FILED

DEC -5 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1:24 CR 00457** |
| | ) | CASE NO. |
| v. | ) | Title 21, United States Code, |
| | ) | Sections 841(a)(1), (b)(1)(B), |
| TIAWAN TAYLOR, | ) | and (b)(1)(C) |
| | ) | |
| Defendant. | ) | |

**JUDGE CALABRESE**

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

2.      On or about July 31, 2024, in the Northern District of Ohio, Eastern Division,

Defendant TIAWAN TAYLOR did knowingly and intentionally possess with intent to distribute

50 grams or more of a mixture and substance containing a detectable amount of

Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1.      On or about July 31, 2024, in the Northern District of Ohio, Eastern Division,

Defendant TIAWAN TAYLOR did knowingly and intentionally possess with intent to distribute

a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE

3.　　The allegations contained in Counts 1 and 2 of this Indictment are hereby re-alleged and incorporated by reference, as if stated fully herein, for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853. As a result of these offenses, Defendant TIAWAN TAYLOR shall forfeit to the United States: any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; and any and all of his property used - or intended to be used - in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; including, but not limited to, the following:

a.)　　$1,982.47 in U.S. Currency, seized on July 31, 2024, from TIAWAN TAYLOR

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2